**DCS**
DIVERSIFIED COLLECTION SERVICES, INC.
A PERFORMANT COMPANY

333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661

Collector Name: Ron Barnes
Collector Phone: 325-224-6818
Main Line:   888-335-6267

November 2, 2011

*3-231184217*
KENNETH A HARKINS JR
7200 WESSEX DR
TEMPLE HILLS MD 20748-4146

Re:             Diversified Collection Services, Inc.
Claim of:       U.S. DEPARTMENT OF EDUCATION
Original Lender: FIRST UNION NATIONAL BANK
Account No:     1003621703
Balance:        $8020.67 as of: November 2, 2011

As of the date above, you owe the balance reflected. Because of interest and other charges that may vary from day to day, the amount due on the day you pay may be greater. Consequently, if you pay the amount shown above, an adjustment may be necessary after we receive your check. If that occurs, we will inform you. For further information on your balance, write to DCS or call the toll-free number provided above.

Dear KENNETH A HARKINS JR:

In order to evaluate your present financial situation, please fill out the enclosed financial statement in its entirety, sign it, and return it to Diversified Collection Services, Inc. (DCS, Inc.) at the address listed below within 15 days from the date of this letter. To expedite the process, you may contact your DCS account representative KENNETH A HARKINS JR at 888-335-6267 and provide the information over the telephone, or you may fax your completed financial statement to 925-960-4895.

DCS, Inc.
P.O. Box 9049
Pleasanton, CA 94566-9049

Upon receipt, your financial statement will be reviewed and verified to determine if your situation warrants special consideration. If we find that to be the case, we may be able to arrange some reasonable terms of repayment on the balance of your account. Please be sure to list all open accounts and any paid accounts so that we can establish your financial situation.

Should you continue to refuse to pay this debt while employed and/or possessing assets, the Department of Education may initiate wage garnishment proceedings (authorized by the Debt Collection Improvement Act, 31 U.S.C. 3720D and 34 C.F.R. Part 34), the Department of the Treasury may withhold any eligible Federal and/or State payments owed to you, including income tax refunds, full or partial offset of vendor and monthly social security benefits payments, or your account can be referred to the U.S. Department of Justice for legal action.

This request for information, including your Social Security Number, is authorized under 31 U.S.C. 3711, 20 U.S.C. 1078-6 and 20 U.S.C. 1091(a). You are not required to provide us with this information. If you do not, we may not be able to set up an installment payment that fits your financial ability. The information will be used to evaluate your ability to pay. It may be disclosed to government agencies and their contractors, to employers, lenders, and others to enforce this debt; to third parties in audits, research or dispute about the management of this debt; and to parties with a right to this information under the Freedom of Information Act or other federal law or with your consent. These uses are explained in a notice in the Federal Register of June 4, 1999, 64 Fed. Reg. 30166, as amended; we will send a copy at your request.

This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

**SEE THE REVERSE SIDE FOR IMPORTANT INFORMATION.**

Enclosure: Financial Statement
ED/LR149/03K

Exhibit A

DCS 33