IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENNETH A. HARKINS, JR., | * | |
| Plaintiff, | * | |
| v. | * | 12-cv-1229-PJM |
| DIVERSIFIED COLLECTION SERVICES, INC.. | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * *

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Having reached settlement of the claims asserted in this action, Plaintiff Kenneth A. Harkins, Jr., proceeding *pro se*, and Defendant Diversified Collection Services, Inc., by its undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of any and all claims alleged or asserted in the above-captioned action.

_____
Kenneth A. Harkins, Jr.
7200 Wessex Drive
Temple Hills, Maryland 20748
(202) 550-8001

Plaintiff proceeding *pro se*

_____
James M. Connolly (Bar No. 23872)
KRAMER & CONNOLLY
465 Main Street
Reisterstown, Maryland 21136
Tel.: (410) 581-0070
Fax: (410) 581-1524

Counsel for Defendant Diversified Collection Services, Inc.

**SO ORDERED**

_____
Date

_____
Peter J. Messitte
United States District Judge